UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-cr-00111-VMC-AAS

ELVIS HAROLD REYES

## UNITED STATES' WITNESS LIST (SENTENCING)

The United States of America respectfully submits the following list of witnesses to be called in the government's presentation of evidence at sentencing:

1. Ryan Doherty (USCIS)
2. Gabriel Garcia-Cay (USCIS)
3. Alvis Lockhart (HSI)
4. D.H.C.
5. A.C.L
6. E.R.F.
7. C.G.R.
8. S.H.G.
9. J.M.B.
10. J.Z.C.
11. J.G.M.

The United States reserves the right to call additional witnesses during sentencing, if appropriate.

<div style="text-align:left; margin-left:40%;">

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:   /s/ *Francis D. Murray*
      Francis D. Murray
      Assistant United States Attorney
      Florida Bar No. 0108567
      400 N. Tampa Street, Ste. 3200
      Tampa, FL 33602
      Phone:  (813) 274-6000
      Fax:    (813) 274-6103
      Email: francis.murray2@usdoj.gov

</div>

U.S. v. Reyes                                              Case No. 8:20-cr-00111-VMC-AAS

### CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sara Lenore Mieczkowski, Esq.

                                        */s/ Francis D. Murray*
                                        Francis D. Murray
                                        Assistant United States Attorney
                                        Florida Bar No. 0108567
                                        400 N. Tampa Street, Ste. 3200
                                        Tampa, FL 33602
                                        Phone:   (813) 274-6000
                                        Fax:     (813) 274-6103
                                        Email: francis.murray2@usdoj.gov