UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-cr-111-VMC-AAS

ELVIS HAROLD REYES

# UNITED STATES' EXHIBIT LIST (SENTENCING)

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| A | | | | Reyes Facebook account data (1) |
| B | | | | Fake diplomas |
| C | | | | FBI & USCIS employment letters |
| D | | | | Reyes Facebook account data (2) |
| E | | | | Reyes-tenant text messages |
| F | | | | Reyes-M.W. (girlfriend) messages |
| G | | | | Reyes-family member messages |
| H | | | | Reyes obstruction messages |
| I | | | | FL wage report |
| J | | | | Reyes bank records (compilation) |
| K | | | | Reyes-family text messages |
| L | | | | Reyes messages with "Martha" |
| M | | | | Victim Chart (short) |
| N | | | | Victim Chart (long) |
| O | | | | Intended Loss Calculation Chart |
| P | | | | Victim Loss Per Year Chart |
| Q | | | | USCIS interview outline |
| R | | | | USCIS report (financial hardship interviews) |
| | | | | |
| | | | | |
| | | | | |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |